

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00281-CV

## IN THE INTEREST OF A.S., J.S., A.S., AND D.S., CHILDREN

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV15247**

## ORDER

The reporter's record in this appeal was due September 2, 2016.  After receiving a notice from this Court advising that the reporter's record was late, the reporter requested an extension of time until September 27, 2016 to file the reporter's record.  The extension was granted.  The reporter has now filed another request for an extension of time until November 21, 2016 to file the reporter's record in this appeal.  The reporter asserts that he has been serving as Deputy Official Reporter in several counties and currently has two appeals in criminal cases that he has been working on as well as this case.

The reporter's request is granted.  However, the reporter is advised that this is an appeal involving the termination of parental rights which is accelerated and takes

precedence over criminal cases.  *See* TEX. R. APP. P. 28.4(a)(1); TEX. FAM. CODE ANN. §

109.002(a); TEX. R. JUD. ADMIN. 6.2.  Further extensions are unlikely.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed November 16, 2016

